# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| Taylor Gourmet MGMT LLC, *et al.*[1], ) | |
| ) | Case No. 18-12164 (KG) |
| Debtors. ) | (Substantively Consolidated) |
| ) | |

## STATUS REPORT

In accordance with the Court's request for a status report, Jeoffrey L. Burtch, Chapter 7 Trustee of the captioned Debtors, by and through the undersigned counsel, responds as follows:

1.  The prepetition circumstances that occasioned the commencement of these proceedings.

On September 27, 2018, the Debtors filed voluntary petitions for relief under Chapter 7 of title 11 of the United States Code. Jeoffrey L. Burtch was appointed as trustee on or about September 27, 2018, pursuant to Section 701 of the Bankruptcy Code and currently serves as the trustee (hereinafter, "Trustee") for these cases pursuant to 11 U.S.C. § 702(d).

---

[1] The Debtors in these chapter 7 cases, along with each Debtor's bankruptcy case number, are Taylor Gourmet LLC; Case No. 18-12143 (KG); East Coast Mgmt LLC; Case No. 18-12144 (KG); Taylor Gourmet 1 N Dearborn LLC; Case No. 18-12145 (KG); Taylor Gourmet 1001 Penn Ave LLC; Case No. 18-12146 (KG); Taylor Gourmet 1116 H LLC; Case No. 18-12147 (KG); Taylor Gourmet 1150 Connecticut LLC; Case No. 18-12148 (KG); Taylor Gourmet 1200 19th LLC; Case No. 18-12149 (KG); Taylor Gourmet 1401 K LLC; Case No. 18-12150 (KG); Taylor Gourmet 1750 Pennsylvania LLC; Case No. 18-12151 (KG); Taylor Gourmet 1910 14th LLC; Case No. 18-12152 (KG); Taylor Gourmet 2200 Crystal LLC; Case No. 18-12153 (KG); Taylor Gourmet 4000 Wilson LLC; Case No. 18-12154 (KG); Taylor Gourmet 485 K LLC; Case No. 18-12155 (KG); Taylor Gourmet 624 E LLC; Case No. 18-12156 (KG); Taylor Gourmet 7280 Woodmont LLC; Case No. 18-12157 (KG); Taylor Gourmet 8535 Fenton LLC; Case No. 18-12158 (KG); Taylor Gourmet 888 17th LLC; Case No. 18-12159 (KG); Taylor Gourmet Ballpark LLC; Case No. 18-12160 (KG); Taylor Gourmet Boro LLC; Case No. 18-12161 (KG); Taylor Gourmet Merrifeld LLC; Case No. 18-12162 (KG); 1418 14th LLC; Case No. 18-12163 (KG); Taylor Gourmet Mgmt LLC; Case No. 18-12164 (KG); Taylor Gourmet N Morgan Street LLC; Case No. 18-12165 (KG); Taylor Gourmet Pike & Rose LLC; Case No. 18-12166 (KG); Taylor Gourmet Wharf LLC; Case No. 18-12167 (KG); Taylor Gourmet Willis Tower LLC; Case No. 18-12168 (KG).

2. Whether any major sales of assets have occurred in the case.

On April 15, 2019, the assets referenced in the *Order Authorizing The Trustee To Sell The Debtor's Assets Free And Clear Of All Liens, Claims And Encumbrances, And Granting Related Relief* [D.I. 71] were sold to Source Cuisine LLC. The gross sale proceeds received by the Estates was $260,000.00.

3. The status of plan negotiations or preparations, and whether a plan has been confirmed.

N/A

4. Any major litigation pending or expected to be filed in the case.

The Trustee did not file any major litigation in the cases.

5. The status of analysis of Chapter 5 causes of action, including whether any suits have been brought.

The Trustee concluded litigation against various insiders and other entities for the recovery of fraudulent and preferential transfers. The Trustee does not contemplate filing additional Chapter 5 causes of action.

6. Every open adversary proceeding, and the current status of such proceeding.

There are no open adversary proceedings at the present time.

7. Counsel's expectation as to any future significant developments or events in the administration of the case.

The Trustee has retained accountants who are working on estate tax issues, including the preparation and filing of tax returns. The Trustee is working to resolve remaining case issues, including analysis of filed proofs of claims, the pursuit of a potential sale of remnant assets, the filing of professional fee applications, and the destruction of unneeded estate records.

8. Any pending motions or other items awaiting disposition by the Court.

None.

                LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                */s/ M. Claire McCudden*
                M. Claire McCudden, (DSB# 5036)
                919 North Market Street, Suite 460
                Wilmington, DE 19801
                (302) 472-7420
                (302) 792-7420 Fax
                cmccudden@skaufmanlaw.com

                Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee

Dated: June 23, 2022